## IN THE UNITED STATES DISTRICT COURT

For the

District of Connecticut

| | |
|---|---|
| Representative for John Doe<br><br>                          *Defendant*<br><br>V.<br><br><br>STRIKE 3 HOLDING, LLC<br><br>                          *Plaintiff* | Civil Action No.: 3:18-cv-01561-VLB |

### MOTION TO QUASH OR VACATE SUBPOENA

To:  UNITED STATES DISTRICT COURT for the DISTRICT OF CONNECTICUT, STRIKES 3 HOLDING, LLC, and COMCAST CABLE COMMUNICATIONS.

I, the Representative for the Jane Doe (Defendant), is filing a motion to quash or vacate the subpoena request (Docket Number 3:18-CV-01561-VLB).

#### *Facts*

The Defendant of the assigned IP address 73.186.90.217, passed away on 08/05/2018 after a long illness. Family members have no knowledge of the copyright infringements claims that are being brought against The Defendant by Strike 3 Holding, LLC. During the course of The Defendant's illness, it is unknown who all had access to The Defendant's IP address information. Without the Defendant being present, there's no way of finding out whom all had access to the Defendant's IP address.

#### *Reasoning*

Due to the recent passing of The Defendant, not knowing who all had access to the Defendant's IP address, no family members having any knowledge of possible copyright infringements claims by Strike

3 Holding, LLC, I, the Representative for the Defendant respectfully ask the court to quash or vacate the subpoena request. A copy of the death certificate will be forwarded to Comcast Cable Communications along with a copy of the motion to quash affidavit.

Date: 12/12/2018

Representative Signature